UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOM DOTY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WATKINS AND SHEPARD TRUCKING INC.,<br><br>Defendant. | CASE NO. 3:19-cv-05236-JHC<br><br>ORDER APPROVING REVISED NOTICE |

Upon consideration of Plaintiff's Notice of Lodging of Revised Notice of Class Action Settlement (Dkt. # 33), the Court approves the revised notice. The Court directs the Settlement Administrator to distribute the revised notice to the Settlement class members pursuant to schedule laid out in the Court's Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement. Dkt. # 32.

Dated this 24th day of June, 2022.

*John H. Chun*

John H. Chun
United States District Judge

ORDER APPROVING REVISED NOTICE - 1