UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOM DOTY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WATKINS AND SHEPARD TRUCKING INC., a Montana corporation,<br><br>Defendant. | CASE NO. 3:19-cv-05236-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD TO PLAINTIFF |

ORDER GRANTING PLAINTIFF'S
MOTION FOR ATTORNEYS' FEES,
COSTS, AND INCENTIVE AWARD TO
PLAINTIFF - 1

The Court, having read and considered all of the papers of the Parties and their counsel, including Plaintiff's Memorandum of Points and Authorities in Support of Motion for Attorneys' Fees and Costs and Class Representative Incentive Award, filed on or around August 16, 2022 and heard before the Court on September 27, 2022[1]; and good cause appearing, pursuant to Rule 23(e)(1)(A) of the Federal Rules of Civil Procedure, HEREBY ORDERS AS FOLLOWS:

1. The Court finds and determines that reasonable attorneys' fees should be awarded to Ackermann & Tilajef, P.C. and India Lin Bodien, Attorney at Law, counsel for Plaintiff Tom Doty, individually and on behalf of all others similarly situated, of 30% of the Gross Settlement Sum of $50,000.00. Specifically, the Court awards and grants final approval of the sum of $15,000.00 from the Gross Settlement Amount as reasonable attorneys' fees.

2. The Court finds and determines that $2,500 in costs is awarded to Ackermann & Tilajef, P.C. and India Lin Bodien, Attorney at Law. These costs were reasonably incurred by Class Counsel, and Class Counsel shall be reimbursed their costs from the Gross Settlement Amount.

3. The Court finds and determines that an Incentive Award in the total amount of $5,000.00 is awarded to the Class Representative and named Plaintiff, Tom Doty.

IT IS SO ORDERED.

Dated this 27th day of September, 2022.

John H. Chun
United States District Judge

---

[1] The Court notes that, as of the date of this Order, no Settlement class members have objected to the fee request.

ORDER GRANTING PLAINTIFF'S
MOTION FOR ATTORNEYS' FEES,
COSTS, AND INCENTIVE AWARD TO
PLAINTIFF - 2